NEW YORK TITLE AND MORTGAGE COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION. (Actions Nos. 1 and 3.) NEW YORK TITLE AND MORTGAGE COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION and QUICK MEAL STOVE COMPANY. (Actions Nos. 2, 4 and 5.) THE COUNTY TRUST COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION and QUICK MEAL STOVE COMPANY. (Action No. 6.) — Motion to dismiss appeals denied. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

GREAT AMERICAN INDEMNITY COMPANY, Appellant, v. MANHATTAN WET WASH LAUNDRY CO., INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

GEORGE F. PELHAM, Respondent, v. PASQUALE GRASSI, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — McAvoy. Merrell, Martin and O'Malley, JJ.

SAMUEL D. GROSBY, Respondent, v. THE COURT PRESS, INC., and BENJAMIN W. BROWN, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

BERNARD FELDERMAN, Respondent, v. EMPIRE SQUARE REALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

JOSEPH GERSHENSON, Respondent, v. CELE GERSHENSON, Appellant.— Judgment affirmed. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EDMONDS PUTNEY, Deceased, by GEORGIE VAN BRUNT PUTNEY, as Executrix, and BANKERS TRUST COMPANY, as Executor of the Will of RAPHAEL E. GALLAHER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [144 Misc. 168.]

STATE TITLE AND MORTGAGE COMPANY, Respondent, v. LIGHTOLIER COMPANY, INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

NELSON S. SPENCER, Appellant, v. TIMOTHY A. LEARY, as President Justice of the Municipal Court of the City of New York, and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

JOSEPH C. HANDSHOE, Respondent, v. RALEIGH W. DODSON, Defendant, Impleaded with NEW YORK EVENING JOURNAL, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.